USDC SCAN INDEX SHEET










CAG     6/7/06    10:48
3:06-CV-00792   SAN DIEGO CITY OF V. GABRIEL ROEDER SMITH
*21*
*REQJNTC.*

Donald A. English, Esq. (State Bar No. 115569)
Christy I. Yee, Esq. (State Bar No. 166238)
ENGLISH & GLOVEN
A Professional Corporation
550 West "C" Street, Suite 1800
San Diego, California 92101
Telephone: (619) 338-6610
Facsimile: (619) 338-6657

Attorneys for Defendant
Gabriel, Roeder, Smith & Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF SAN DIEGO,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL, ROEDER, SMITH & COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 06CV0792 WQH (POR)<br><br>DEFENDANT GABRIEL, ROEDER, SMITH & COMPANY'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF CITY OF SAN DIEGO'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MOTION TO REMAND<br><br>Date: June 19, 2006<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes<br>Ctrm.: 4 |

Defendant Gabriel, Roeder, Smith & Company ("GRS") hereby requests this Court take judicial notice pursuant to Federal Rules of Evidence, Rule 201 of the following facts:

1. The complaint filed in <u>Gleason, et al. v San Diego City Employees' Retirement System, et al.</u>, San Diego Superior Court Case No. GIC803779 ("Gleason I"). A court may take judicial notice of the contents of court files in other lawsuits. (<u>Mullis v. United States Bankruptcy Court</u>, 828 F.2d 1385, 1388, fn. 9 (9th Cir. 1987); <u>Reyn's Pasta Bella, LLC v. Visa USA, Inc.</u>, 442 F.3d 741, 746, fn. 6 (9th Cir. 2006). See notice of lodgment ("NOL"), Exhibit 14. GRS specifically requests this Court take judicial notice of the following facts:

  a. The <u>Gleason I</u> action was filed in January 2003;

CASE NO. 06CV0792 WQH(POR)

   b.  The <u>Gleason I</u> action sought to set aside SDCERS' adoption and implementation of Manager's Proposal II; and

   c.  Plaintiffs allege Manager's Proposal II was actuarially unsound.

See for example paragraphs 52, 53, and 54 at NOL, Exhibit 14.

  2. The complaint filed in <u>Gleason v. Gabriel, Roeder, Smith & Company and Rick A. Roeder</u>, San Diego Superior Court Case No. GIC810837 ("Gleason II"). See NOL, Exhibit 2. GRS specifically requests this Court take judicial notice of the following facts:

   a.  The <u>Gleason II</u> action was filed in June 2005;

   b.  Rick A. Roeder is named as an individual defendant in each cause of action;

   c.  Rick A. Roeder is alleged to be the principal actuary providing actuarial services to SDCERS on behalf of GRS. See paragraph 4 at NOL Exhibit 2;

   d.  Defendants are alleged to have breached their duty of care regarding Manager's Proposal II as it was alleged to be actuarially unsound. See paragraphs 34 and 35 at NOL, Exhibit 2;

A court may take judicial notice of adjudicative facts that are capable of accurate and ready determination by referring to sources whose accuracies cannot reasonably be questioned. (Fed. Rules Evid. 201.)

Dated: June 5, 2006

              ENGLISH & GLOVEN
              A Professional Corporation

              By: _Donald A. English_ (signature)
                Donald A. English
                Christy I. Yee
              Attorneys for Defendant
              Gabriel, Roeder, Smith & Company